# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:17-cr-00180-JAD-PAL |
| Plaintiff, ) | |
| vs. ) | ORDER |
| CASEY WALTERS, JR., ) | (Docket No. 213) |
| Defendant. ) | |

Pending before the Court is Defendant's motion for modification of conditions of pretrial release. Docket No. 213. The Court hereby **SETS** a hearing on the motion for November 16, 2017, at 10:00 a.m. in Courtroom 3C.

The Court is aware that Defendant resides in Texas. If Defendant wishes to waive his appearance at this hearing, he must file a signed waiver no later than November 15, 2017, at 2:00 p.m. If Defendant wishes to request a telephonic appearance at the hearing, he must file his request no later than November 15, 2017, at 2:00 p.m. If neither request is timely filed, Defendant must appear at the hearing in person. Defendant may file a reply to the motion no later than November 14, 2017.

IT IS SO ORDERED.

DATED: November 13, 2017.

NANCY J. KOPPE
United States Magistrate Judge