# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> CASEY WALTERS, JR., ) <br> Defendant. ) | Case No. 2:17-cr-00180-JAD-PAL <br><br> **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY** |

On November 13, 2017, the Court set a hearing on Defendant's motion to modify conditions of release on November 16, 2017, at 10:00 a.m. Docket No. 217. The Court allowed Defendant to request a telephonic appearance at the hearing. *Id*. Defendant has now done so. Docket No. 218-1.

The Court **GRANTS** Defendant's request to appear telephonically at the hearing. Defendant shall call the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: November 15, 2017.

NANCY J. KOPPE
United States Magistrate Judge