KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
JASON HICKS, ESQ.
Nevada Bar No. 13149
jh@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074
*Attorneys for Casey Walters, Jr.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASEY WALTERS JR. et al.,<br><br>Defendants. | CASE NO.: 2:17-cr-00180-JAD-PAL<br><br>**STIPULATION TO TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE**<br><br>**(EXPEDITED RELIEF REQUESTED)** |

The United States, by Frank Coumou, Assistant United States Attorney, and the

Defendant Casey Walters, Jr., by Kathleen Bliss, Esq., hereby stipulated to a modification of Mr.

Walters pretrial conditions, which would allow him to attend the funeral of his grandmother,

Lillian Stewart. The modifications would allow Mr. Walter's to depart Beaumont, Texas, on

Thursday, April 26, 2018, at 6 p.m., CDT, and travel to Fort Wayne, Indiana, by car with his

father, Casey Walters, Sr. Defendant Walters would return with his father to Beaumont, Texas,

on Sunday, April 29, 2018, departing Fort Wayne at 11 p.m. CDT. A copy of the obituary is

submitted herewith.


Dated this 25th day of April 2018.


/s/ Kathleen Bliss                               /s/Frank Coumou
Kathleen Bliss, Esq.                             Frank Coumou
Attorney for Casey Walters                       Attorney for the United States

**KATHLEEN BLISS LAW PLLC**
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL 702.793.4202

Based upon the Stipulation of counsel, and with good cause appearing.  **IT IS SO**

**ORDERED.**


DATED: April 25, 2018.

_____

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

**KATHLEEN BLISS LAW PLLC**
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL 702.793.4202