1  KATHLEEN BLISS, ESQ.
   Nevada Bar No. 7606
2  kb@kathleenblisslaw.com
   JASON HICKS, ESQ.
3  Nevada Bar No. 13149
   jh@kathleenblisslaw.com
4  KATHLEEN BLISS LAW PLLC
   1070 West Horizon Ridge Pkwy., Suite 202
5  Henderson, Nevada 89012
   Telephone: 702.463.9074
6  *Attorneys for Casey Walters, Jr.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:17-cr-00180-JAD-PAL |
| Plaintiff, | **STIPULATION TO TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE (SUPPLEMENTAL REQUEST)** |
| vs. | |
| CASEY WALTERS JR. et al., | **(EXPEDITED RELIEF REQUESTED)** |
| Defendants. | |

The United States, by Frank Coumou, Assistant United States Attorney, and the Defendant Casey Walters, Jr., by Kathleen Bliss, Esq., hereby stipulated to a modification of Mr. Walters pretrial conditions, which would allow him to train and work for a week in Fort Lauderdale, Florida, beginning on May 1, 2018, and continuing through May 8, 20018. Mr. Walters, as an employee of KTM Mechanical, would be part of a team hired to conduct work at a refinery in Florida, Zamel Industry. This modification would allow Mr. Walter's to depart Beaumont, Texas, on Tuesday, May 1, 2018, and travel to Fort Lauderdale, Florida, by car with his co-workers in a KTM company van. Defendant Walters would return to Beaumont, Texas, on Tuesday, May 8, 2018 or sooner, depending on the work schedule.

On April 25, 2018, this Court approved the modification for Mr. Walters to attend his grandmother's funeral in Fort Wayne, Indiana. ECF No. 324. Upon returning to Texas with his father, Mr. Walters would then proceed to Fort Lauderdale the following day with KTM. This may result in a sooner return from Fort Wayne, Indiana.

Dated this 26th day of April 2018.

| /s/ Kathleen Bliss | /s/Frank Coumou |
|---|---|
| Kathleen Bliss, Esq. | Frank Coumou |
| Attorney for Casey Walters | Attorney for the United States |

Based upon the Stipulation of counsel, and with good cause appearing. **IT IS SO ORDERED.**

DATED: April 27, 2018

_____
UNITED STATES MAGISTRATE JUDGE