# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CASEY WALTERS, JR.,<br><br>Defendant. | Case No.: 2:17-cr-00180-JAD-PAL<br><br>**ORDER DENYING STIPULATION FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE**<br><br>(Docket No. 339) |

Pending before the Court is the parties' stipulation to modify conditions of pretrial release for Defendant Casey Walters, Jr. Docket No. 339. The stipulation, filed at 5:19 p.m. on May 9, 2018, asks the Court to modify Defendant's conditions of pretrial release to, *inter alia*, allow him to board a flight on May 10, 2018, at 5:45 a.m., from Texas to New York. *Id*.

As Defendant failed to file the stipulation with sufficient time for the Court to consider it prior to the requested travel, the stipulation is **DENIED**. Docket No. 339.

IT IS SO ORDERED.

DATED: May 10, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1