KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL 702.793.4202

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:17-cr-00180-JAD-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| CASEY WALTERS JR. | |
| Defendant. | |

Based upon the unopposed motion of defendant, and for good cause, the Court GRANTS defendant's unopposed motion. Docket No. 399. Defendant shall contact and obtain the approval of Pretrial Services prior to any travel outside of the boundaries of Jefferson County Texas.

IT IS SO ORDERED.

Dated this July 30, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE